IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DANNY SINGLETON**                                                            **PLAINTIFF**

v.                                                    **CAUSE NO. 1:15CV43-LG-RHW**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS, ET AL.**                                                  **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the [33] Proposed Findings of Fact and Recommendation filed by United States Magistrate Judge Robert H. Walker in this action on April 27, 2016. The Court, having adopted said Findings of Fact and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2016.

                                                                  *s/ Louis Guirola, Jr.*
                                                                  LOUIS GUIROLA, JR.
                                                                  CHIEF U.S. DISTRICT JUDGE